IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY L. SOUTHWARD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV440 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY CORRECTIONAL MEDICAL DEPT., | ) ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to Fed. R. Civ. P. 4(m) which establishes a time limit for service of process on a defendant in a civil case. The plaintiff received notice of the deadline for service of process on the defendant in the Court's Order on Initial Review extending the time for service. The Court then issued an Order to Show Cause why this case should not be dismissed for failure to obtain service of process on any defendant. The plaintiff has not responded to the Order to Show Cause, and the deadline to show cause has now expired. Therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff's complaint will be dismissed without prejudice. A

separate order will be entered in accordance with this memorandum opinion.

DATED this 18th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court