IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY L. SOUTHWARD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV440 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY CORRECTIONAL MEDICAL DEPT., | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motions to reopen (Filing Nos. 13 and 14). This action was dismissed without prejudice on December 18, 2006 (Filing Nos. 11 and 12). No appeal was taken; and there is no basis to reopen this case. Accordingly,

IT IS ORDERED that plaintiff's motions to reopen case are denied.

DATED this 7th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court